Morris v. Morris

JEANE JUNKER MORRIS v. KENT B. MORRIS

No. 51

(Filed 2 December 1980)

APPEAL from a decision of the Court of Appeals finding no error in a trial in MECKLENBURG District Court, *Judge Clifton E. Johnson* presiding, in which the jury found for defendant. The Court of Appeals' opinion, 46 N.C. App. 701, 266 S.E. 2d 381 (1980), is by Judge Parker with Judge Arnold concurring. Judge Webb dissented. The appeal, therefore, comes by way of G.S. 7A-30 (2).

*Walker, Palmer & Miller, P.A., by James E. Walker and Robert P. Johnston, Attorneys for Plaintiff appellant.*

*Craighill, Rendleman, Clarkson, Ingle & Blythe, P.A., by John R. Ingle, Attorneys for Defendant appellee.*

PER CURIAM.

In this action for alimony without divorce on grounds of abandonment and non-support, the defense was constructive abandonment of defendant by plaintiff. Aside from routine evidentiary and jury instruction questions, the principal contention of plaintiff appellant is that the trial judge erroneously placed upon her the burden of proving that defendant's abandonment was without justification, or at least placed upon her a heavier burden in this regard than the law allows, or ought to allow. We have carefully examined each of appellant's assignments of error in light of the record and her brief. The Court of Appeals' majority opinion has dealt fully and properly with each of them. For the reasons given in that opinion, therefore, the decision of the Court of Appeals is

Affirmed.

Justice BROCK did not participate in the consideration and decision of this case.